1  Kevin P.B. Johnson (Bar No. 177129)
   QUINN EMANUEL URQUHART
2    OLIVER & HEDGES, LLP
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile:  (650) 801-5100

5  Steven M. Anderson (Bar No. 144014)
   QUINN EMANUEL URQUHART
6    OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
7  Los Angeles, California 90017-254
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9  Attorneys for Plaintiff Sony Corporation

10 Evan Finkel (Bar No. 100673)
   Rebecca N. Kaufman (Bar No. 199534)
11 PILLSBURY WINTHROP SHAW
   PITTMAN LLP
12 725 South Figueroa Street, Suite 2800
   Los Angeles, California 90017
13 Telephone: (213) 448-7100
   Facsimile: (213) 629-1033

14
   Attorneys for Defendant Westinghouse
15 Digital Electronics, LLC

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Sony Corporation, A Japanese Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Westinghouse,<br><br>Defendant. | CASE NO. CV 08-03934 - RGK (FMOx)<br><br>**FINAL JUDGMENT BY CONSENT**<br><br>NOTE CHANGES MADE BY THE COURT. |

1   This Final judgment By Consent Against Defendant Westinghouse
2   Digital Electronics LLC ("WDE") is ordered by the Court as of the date indicated
3   below, and consented to by Plaintiff Sony Corporation ("Sony").
4   WHEREAS, on or about June 16, 2008, Sony commenced an action in
5   the United States District Court for the Central District of California (the "Court"),
6   entitled <u>Sony Corporation v. Westinghouse Digital Electronics, LLC</u>, Civil Action
7   CV 08-03934-RGK (FMOx) (the "Action");
8   WHEREAS, this Action is one for patent infringement arising under
9   the patent laws of the United States, 35 U.S.C..§§ 1 <u>et seq</u>.  This Court has
10  jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338;
11  WHEREAS, on or about September 17, 2008, Sony filed the First
12  Amended Complaint for Patent Infringement;
13  WHEREAS, Sony alleged infringement by WDE of U.S. Patent Nos.
14  5,434,626; 5,583,577; 5,684,542; 5,731,847; 5;751,373; 6,111,614; RE 38,055; RE
15  40,468; 6,778,182; and 6,661,472;
16  WHEREAS, on or about October 16, 2008 WDE filed Defendant
17  Westinghouse Digital Electronics, LLC's Answer to Plaintiff's First Amended
18  Complaint for Patent Infringement;
19  WHEREAS Sony and WDE wish to resolve their dispute without the
20  necessity of further litigation.
21  NOW, THEREFORE, the parties to this action hereby stipulate to
22  dismiss this case with prejudice as follows based on a confidential settlement
23  agreement between the parties that has been fully executed.
24  Based on this stipulation, the Court hereby ORDERS, DECREES, and
25  ADJUDGES as follows:
26  1. Defendant WDE consents to judgment against it on Counts I through
27  X in Sony's First Amended Complaint.  WDE is hereby adjudged to have infringed
28

1 | U.S. Patent Nos. 5,434,626; 5,583,577; 5,684,542; 5,751,847; 5,751,373; 6,111,614;
2 | RE 38,055; RE 40,468; 6,778,182; and 6,661,472.
3 |     2. All the claims of U.S. Patent Nos. 5,434,626; 5,583,577; 5,684,542;
4 | 5,731,847; 5,751,373; 6,111,614; RE 38,055; RE 40,468; 6,778,182; and 6,661,472
5 | are valid and enforceable. **AS TO ALL PARTIES IN THIS COMPLAINT.**
6 |     3. This action is hereby dismissed with prejudice.
7 |     4. This Court has jurisdiction over the parties and over the subject
8 | matter of this dispute and shall retain continuing subject matter and personal
9 | jurisdiction for the purposes of construing or enforcing the terms of this Final
10 | Judgment, or for resolving any dispute arising thereunder.
11 |     5. Each party shall bear its own costs and disbursements.
12 |     6. There shall be no appeal herefrom.
13 | SO ORDERED:
14 | DATED: March __, 2009

By_____
Hon. R. Gary Klausner
United States District Judge

Entry of the foregoing Final Judgment by Consent is hereby consented to by:

DATED: March 3, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____[signature]/FOR____
Kevin P.B. Johnson
Attorneys for Plaintiff Sony Corporation

DATED: February __, 2009

PILLBURY WINTHROP SHAW PITTMAN LLP

By_____
Evan Finkel
Attorneys for Westinghouse Digital Electronics, LLC

SO ORDERED
MAR - 4 2009
[signature] Gary Klausner
United States District Judge

02347.51354/2816175.1

-3-

FINAL JUDGMENT BY CONSENT

Entry of the foregoing Final Judgment by Consent is hereby consented to by:

DATED: February __, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Kevin P.B. Johnson
Attorneys for Plaintiff SONY CORPORATION

DATED: February __, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP

By_____
Evan Finkel
Attorneys for Defendant WESTINGHOUSE DIGITAL ELECTRONICS, LLC

- 18 -

Initialed by Sony ____   Initialed by Licensee __RH__